IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00366-RPM

BRITTANY PHILLIPS and
RICHARD PHILLIPS,

     Plaintiffs,

v.

UNITED STATES OF AMERICA, by and through
HIGH PLAINS COMMUNITY HEALTH CENTER, and
BARRY PORTNER, M.D.,

     Defendants.

_____

ORDER VACATING ORDER SETTING SCHEDULING CONFERENCE
_____

     Upon reassignment of this civil action and this Court's case management procedures, it is

     ORDERED that the Minute Order Setting Scheduling Conference entered by Magistrate Judge Michael E. Hegarty on February 17, 2016, is vacated.

     DATED:  March 15th, 2016

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge