IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-CV-366-RPM

BRITTANY PHILLIPS, and
RICHARD PHILLIPS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, by and through
High Plains Community Health Center, and
Barry Portner, MD,

    Defendant.

---

NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)

---

    COME NOW Plaintiffs, by and through their counsel, Gregory R. Stross, Attorney At Law, and provide notice that this matter is dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A).


DATED:    April 15, 2016
              Denver, Colorado

                        GREGORY R. STROSS
                        Attorney At Law

                        By: s/Gregory R. Stross
                        Gregory R. Stross
                        1625 – 17th Street, Suite 300
                        Denver, CO 80202
                        303-339-0647
                        gstross@strosslegal.com
                        ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2016, I electronically filed the foregoing document with the Clerk of the Court and provided service to those persons receiving notice through CM/ECF system, and by sending this document to the addresses of those persons receiving notice through the US Mail, as follows:

| | |
|---|---|
| Mark S. Pestal<br>Assistant United States Attorney<br>mark.pestal@usdoj.gov | Brittany Phillips<br>640 Grove Avenue<br>Las Animas, CO 80154 |
| | Richard Phillips<br>640 Grove Avenue<br>Las Animas, CO 80154 |

                                            s/Gregory R. Stross
                                            Gregory R. Stross